UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD F. KING, | CASE NO. 2:25-cv-01002-JNW |
| Plaintiff, | ORDER DENYING DEFAULT JUDGMENT |
| v. | |
| TEIKAMETRICS INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff Donald King's Motion for Default Judgment. Dkt. No. 15. Having reviewed the motion, the relevant record, and all supporting materials, the Court DENIES the motion without prejudice.

As required by Local Civil Rule 55, King filed his Motion for Default Judgment on September 5, 2025, after his previous Motion for Default was granted on July 16, 2025. Dkt. Nos. 13, 15. But King failed to support his present motion with evidence, as required by the Local Rules. *See* LCR 55(b)(2) ("Plaintiff must support a motion for default judgment with a declaration and other evidence establishing plaintiff's entitlement to a sum certain and to any nonmonetary relief sought.").

**ORDER** DENYING DEFAULT JUDGMENT - 1

Specifically, King alleges that "[b]etween January 2021 and July 2022, [W&D] renewed the Contract 20 times – each with varying amounts of Amazon DSP management services provided and consideration paid for those services." Dkt. No. 1 ¶ 38. However, King only submits evidence of one such "divisible contract," in the amount of $15,000.00. *See* Dkt. No. 1, Ex. A at 2. The remaining "varying amounts" for each contract renewal are not properly before the Court, and thus the Court is unable to establish whether King is entitled to a sum certain. LCR 55(b).

The Court therefore DENIES the Motion for Default Judgment without prejudice to refile with the appropriate supporting evidence.

Dated this 27th day of October, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge